Appeal # 06-14-00161-CR

In the
Sixth Court of Appeals
At Texarkana, Texas

RECEIVED IN
The Court of Appeals
Sixth District

FEB 2 7 2015

Texarkana, Texas
Debra Autrey, Clerk

FILED IN
The Court of Appeals
Sixth District

FEB 2 7 2015

Texarkana, Texas
Debra K. Autrey, Clerk

Harvey Luther Teel
Appellant
VS:
The State of Texas

Appeal of Cause # 29,136 from the 196th
Judicial District Court of Hunt County

First motion for extension of time to
file Appellant's Pro Se Brief to the Honorable
Justices of The Court of Appeals:

Comes now Harvey Luther Teel, Appellant Pro Se &
respectfully moves the Court to extend the deadline
for filing his brief by sixty days. In support Appellant
would show the following:

## I.

On August, 14th, 2014 the visiting Judge found Appellant
guilty of Continuous Sexual Abuse of Young Child. The
Judge assessed punishment at 40 years imprisonment
in the Texas Department of Crimial Justice.

## II.

Appellant received a letter from his appellate attorney Katherine A. Ferguson on February 17th, 2015 containing 2 compact discs (that appellant can not have) along with a motion to withdraw as counsel. On February 17th, 2015 the appellate record was first made available to Appellant. The deadline for Filing Appellants Brief is March 12th, 2015.

## III.

This is Appellant's first request for extension. Appellant is unable to meet the deadline for the following reasons: limited access to law library to a few hours a day, very limited legal knowledge there by slowing down Appellant's research, Appellant is seeking new counsel since Appellant's first attorney withdrew as counsel.

## IV.

For the reasons stated above, Appellant respectfully request an additional sixty days to try to aquire new legal counsel since Appellant has very limited legal knowledge & for Appellant to complete the Pro Se Brief.

## V

Appellant prays that the court grant this motion & extend the time to file Appellant's Pro Se Brief by Sixty days, extending the deadline to May 11th, 2015.

Respectfully Submitted
Harvey Luther Teel